## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| Metalcam S.p.A. | : |
| Plaintiffs, | : |
| v. | : Court No. 21-00083 |
| United States, | : |
| Defendant. | : |

## ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                        Mario Toscano
                                        Clerk of the Court

                         By:   /s/ Scott Warner
                                Deputy Clerk

Date:  April 19, 2021
        New York, New York